TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Arizona State Bar No. 016742
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-01113-001-PHX-JJT |
| Plaintiff, | |
| vs. | **UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION TO THE PRESENTENCE REPORT** |
| Freddy Iran Zavala Velarde, | |
| Defendant. | |

Defendant Freddy Iran Zavala Velarde ("Defendant" or "Velarde") pleaded guilty to Count 13 of the Indictment, Material False Statement During the Purchase of a Firearm. Sentencing is scheduled to take place on October 20, 2025. In preparation for sentencing, the United States Probation Office has prepared a Draft Presentence Report ("Draft PSR"). (ECF 46.) The United States agrees with the Draft PSR calculations resulting in a Final Offense Level of 17 and Criminal History Category I. (Draft PSR at ¶¶ 29, 34, and 49.) This results in a Guidelines range of 24-30 months' imprisonment.

**UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION**

Defendant Velarde has filed an objection to the Draft PSR. (ECF 49.) Defendant Velarde objects to the four-level enhancement pursuant to U.S.S.G. § 2K2.1(a)(6)(A) and for not receiving an adjustment for mitigating role pursuant to U.S.S.G. § 3B1.2.

In resolving factual disputes, the court ordinarily applies the preponderance of the evidence standard. U.S.S.G. §6A1.3, comment; *see also McMillan v. Pennsylvania*, 477 U.S. 79, 91–92 (1986) (holding that due process does not require sentencing factors to be proven by more than a preponderance of the evidence).

The United States believes the application of an enhancement, pursuant to U.S.S.G. § 2K2.1(a)(6)(A), is appropriate as detailed in the Draft PSR. Velarde traveled to Mexico on or about the same days he purchased firearms, one of the firearms Velarde purchased was recovered in Mexico, and Velarde was in contact with and took instructions from an individual he met in Mexico and contacts him from a Mexican phone number. (Draft PSR at ¶¶ 8, 13, and 21.) These facts show by a preponderance of the evidence that the enhancement is appropriate.

The United States does not believe Velarde should be given a reduction for a mitigating role, pursuant to U.S.S.G. § 3B1.2. The defendant must prove by a preponderance of the evidence he is entitled to the reduction. *United States v. Rodriguez*, 751 F.3d 1244, 1258 (11th Cir.), cert. denied, 574 U.S. 919, 135 S.Ct. 310, 190 L.Ed.2d 225 (2014). In determining whether a defendant is entitled to a mitigating-role adjustment, the district judge considers (1) the defendant's role measured against the relevant conduct for which he was held accountable at sentencing, and (2) his role compared to other participants in that relevant conduct. *Id*.

Defendant Velarde completed 13 separate ATF Forms 4473 to purchase 20 firearms, for approximately $18,000, from six Federal Firearms Licensees on 12 separate dates. Velarde was paid for each firearm he purchased for another person, and it appears he drove firearms from the United States into Mexico. The crime could not have occurred without Velarde's participation; in fact, the crime to which Velarde pled guilty did not require the involvement of another person. Therefore, Velarde is not entitled to a reduction pursuant to U.S.S.G. § 3B1.2.

The Guidelines as calculated by the United States Probation Office are accurate and should be affirmed by this Court.

Respectfully submitted this 5th day of August, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on August 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Braulio Sebastian Sanchez
Counsel for Defendant Velarde

*s/ J. Schesnol*
U.S. Attorney's Office